Submitted October 18, 1948; decided December 3, 1948.

*Ira H. Michael* for motions.

*Floyd J. Reinhart* and *William J. Crangle, Jr.,* opposed.

Motion in first action by Middle Atlantic Transportation Co., Inc., and Burchard B. Hawk for leave to appeal denied on the ground an appeal lies as of right.

Motion in second action by Middle Atlantic Transportation Co., Inc., and Burchard B. Hawk for leave to appeal granted.